IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO. 16-2023-CA-010511-XXXX-MA
DIVISION: CV-B

MICHAEL WARD AND
JENNIFER GLOCK FOUNDATION,
a New York nonprofit,

      Plaintiff,

v.

THE ONE LOVE FOUNDATION IN
HONOR OF YEARDLEY LOVE, INC.
a Maryland corporation,

      Defendant.

_____/

## AFFIDAVIT OF SERVICE OF PROCESS

STATE OF FLORIDA

COUNTY OF DUVAL

      MICHAEL E. LOCKAMY says he is the attorney for plaintiff in this action. Affiant caused a copy of the process and complaint in this action to be uploaded to the Secretary of State of Florida's online substitute service website (https://online-sop.sunbiz.org) on September 25, 2023. It was received and accepted by the Secretary of State as shown by the notice of acceptance (Exhibit A) on September 25, 2023. Affiant caused the notice of service of process (Exhibit B) to be sent to defendant, The One Love Foundation in Honor of Yeardley Love, Inc., with a copy of the process and complaint in this action by FedEx and

email. The confirmation of delivery that was received by affiant from FedEx and a copy of

the transmittal email are attached as Exhibit C.

Under penalties of perjury, I declare that I have read the foregoing affidavit and the

facts stated in it are true.

Dated this 28th day of September 2023.

_____
Michael E. Lockamy

STATE OF FLORIDA
COUNTY OF DUVAL

SWORN TO AND SUBSCRIBED before me, by means of ☑ physical presence or
☐ online notarization, this 28th day of September 2023, by Michael E. Lockamy who took
an oath administered by me and:

     ✓    is/are personally known to me
     ____    produced a current _____ driver's license as identification
     ____    produced _____ as identification

(NOTARY SEAL)

_____
(Signature of Notary)

**ERICA CRUZAT**
Notary Public - State of Florida
Commission # HH 435159
My Comm. Expires Nov 17, 2027
Bonded through National Notary Assn.

Erica Cruzat
_____
(Type Name of Notary)

HH 435159
_____
Commission Number (if not on Seal)

My Commission Expires: 11·17·27

2

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 28th day of September 2023, I electronically filed

the foregoing with the Clerk of Court by using the Florida Courts E-Filing Portal. In addition,

I emailed and mailed the foregoing to the following addresses:

Email addresses:     zgilbreath@bakerdonelson.com
                     kabel@bakerdonelson.com

Mailing address:
The One Love Foundation in Honor of Yeardley Love, Inc.
c/o Corporate Creations Network Inc., Registered Agent
2 Wisconsin Circle, #700
Chevy Chase, MD 20815

s/Michael E. Lockamy
Attorney

3



# FLORIDA DEPARTMENT OF STATE

### Division of Corporations

September 26, 2023

Michael Lockamy

Pursuant to Chapter 48.181 Florida Statutes, substitute service of process was accepted for The One Love Foundation in Honor of Yeardley Love, Inc. in case number 16-2023-CA-010511-XXXX-MA and was filed on September 25, 2023 at 3:19 PM.

    Plaintiff(s)
    Michael Ward and Jennifer Glock Foundation
    v.
    Defendant(s)
    The One Love Foundation in Honor of Yeardley Love, Inc.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 230925034SOP.01

Exhibit A

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO. 16-2023-CA-010511-XXXX-MA
DIVISION: CV-B

MICHAEL WARD AND
JENNIFER GLOCK FOUNDATION,
a New York nonprofit,

      Plaintiff,

v.

THE ONE LOVE FOUNDATION IN
HONOR OF YEARDLEY LOVE, INC.
a Maryland corporation,

      Defendant.

_____/

## NOTICE OF SERVICE OF PROCESS

TO:   THE ONE LOVE FOUNDATION IN
      HONOR OF YEARDLEY LOVE, INC.
      c/o Corporate Creations Network Inc., Registered Agent
      2 Wisconsin Circle, #700
      Chevy Chase, MD 20815

YOU ARE NOTIFIED that Plaintiff Michael Ward and Jennifer Glock Foundation

has instituted an action for damages against you in the Circuit Court of Duval County,

Florida, and service of process is being obtained on you as a nonresident engaging in business

in Florida under section 48.181, Florida Statutes, by serving the Secretary of State of Florida

pursuant to section 48.161, Florida Statutes, and by sending you a copy of the enclosed

process and complaint in the action by FedEx, with a copy of the acceptance of service by the

Exhibit B

Secretary of State on September 25, 2023. You have 20 days from the date when the Secretary of State accepts service within which to file your written defenses, if any, with the clerk of the court and to serve a copy on the undersigned. Failure to do so may result in a default against you.

DATED on September 27, 2023.

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:   s/Michael E. Lockamy
        Michael E. Lockamy
        Florida Bar No. 69626
        Primary Email: mel@bedellfirm.com
        Secondary Email: kjl@bedellfirm.com
        Sarah R. Niss
        Florida Bar No. 1039817
        Primary Email: srn@bedellfirm.com
        Secondary Email: kjl@bedellfirm.com
        The Bedell Building
        101 East Adams Street
        Jacksonville, Florida 32202
        Telephone: (904) 353-0211
        Facsimile: (904) 353-9307

Counsel for Plaintiff Michael Ward and Jennifer Glock Foundation

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO. 16-2023-CA-010511-XXXX-MA
DIVISION: CV-B

MICHAEL WARD AND
JENNIFER GLOCK FOUNDATION,
a New York nonprofit,

      Plaintiff,

v.

THE ONE LOVE FOUNDATION IN
HONOR OF YEARDLEY LOVE, INC.
a Maryland corporation,

      Defendant.

_____/

## SUMMONS

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on defendant:

**THE ONE LOVE FOUNDATION IN
HONOR OF YEARDLEY LOVE, INC.
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314**

Each defendant is required to serve written defenses to the complaint on Michael E. Lockamy, plaintiff's attorney, whose address is Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the

defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

DATED on __09/25/2023__



Jody Phillips
As Clerk of the Court

By: _____
as Deputy Clerk

## **IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact ADA Coordinator at (904) 255-1695 or crtintrp@coj.net at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

2

## <u>IMPORTANTE</u>

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con ADA Coordinator at (904) 255-1695 or crtintrp@coj.net por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

## <u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat,

3

vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter ADA Coordinator at (904) 255-1695 or crtintrp@coj.net au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

### Enpòtan

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte ADA Coordinator at (904) 255-1695 or crtintrp@coj.net fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

4

Plaintiff's Attorney
Michael E. Lockamy
Florida Bar No. 69626
Bedell, Dittmar, DeVault, Pillans & Coxe, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.
DIVISION:

MICHAEL WARD AND
JENNIFER GLOCK FOUNDATION,
a New York nonprofit,

      Plaintiff,

v.

THE ONE LOVE FOUNDATION IN
HONOR OF YEARDLEY LOVE, INC.
a Maryland corporation,

      Defendant.

_____/

## COMPLAINT

      The Michael Ward and Jennifer Glock Foundation (the "Foundation") sues The One

Love Foundation in Honor of Yeardley Love, Inc. ("One Love") and says:

## INTRODUCTION

      1.     For years, the Foundation supported One Love as it grew from a mere idea to

a leader in the national movement to end domestic violence. With the Foundation's backing,

One Love reached millions of young people through workshops led by tens of thousands of

volunteers. The volunteers led conversations about recognizing the signs of abusive

relationships early and getting out. These programs saved and changed lives.

2.      As One Love became more effective, it began to raise tens of millions of dollars, and its reach broadened. In mid-2020, Sharon Love—the mother of Yeardley Love and a founder of One Love—became highly critical of the organization and particularly its outreach to LGBTQ and minority communities. Her criticisms and the fact that she had the right under One Love's bylaws to dismiss the organization's independent directors created tremendous instability and uncertainty.

3.      When the time came in 2022 for the Foundation to decide whether to continue funding One Love, Michael Ward sought to ensure the Foundation's funds would support One Love's existing executives and strategic plan, not one person's agenda.

4.      To this end, Mr. Ward, on behalf of the Foundation, and One Love's CEO, Ms. Katie Hood, on behalf of One Love, executed an Agreement on December 12, 2022 (attached as Exhibit A).

5.      Under the Agreement, the Foundation promised to donate $1 million to One Love in December 2022 and $500,000 in June and December 2023 on the condition that One Love's current leadership would continue executing its strategic plan. One Love promised that if key personnel left or One Love veered from its strategic plan, it would notify Mr. Ward and address his concerns or send the Foundation's contribution to a different nonprofit of Mr. Ward's choosing.

6.      Unfortunately, Mr. Ward's apprehensions were well-founded. Over the last nine months, the founders' actions have caused fourteen of fifteen independent Board

2

members, including Mr. Ward, to resign. The only independent Board member who did not resign chose to leave when her term expired.

7.    In addition, One Love's CEO and at least eight other employees have resigned. Fundraising has been in a freefall, and One Love has laid off fourteen employees, including most of its senior team. The organization is in disarray.

8.    The actions and changes have made it impossible for One Love to carry out the purpose of the Foundation's grants, and Mr. Ward has asked One Love to redirect this most recent contributions to another nonprofit. One Love has refused to do so. This lawsuit seeks to hold One Love to its obligation.

## PARTIES, JURISDICTION, AND VENUE

9.    The Michael Ward and Jennifer Glock Foundation is a New York foundation organized for charitable purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986.

10.    The One Love Foundation in Honor of Yeardley Love, Inc. is a Maryland corporation organized for charitable purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986.

11.    One Love operates and engages in business across Florida. One Love solicits donations from within Florida, including those at issue here. One Love touts that it "has educated more than 635,000 students in 214 schools" across Florida, including Duval County.  One Love student groups are active on college campuses throughout the state,

3

including the University of North Florida in Duval County.  In the 2022 Strategic Plan, One

Love pledged to expand its efforts in Florida further.

12.    This Court has jurisdiction over One Love under sections 48.193(1)(a)(1) and

48.193(1)(a)(7), Florida Statutes, because this action arises from One Love's breaching of a

contract in Florida by failing to perform acts as required by the contract to be performed in

Florida and from One Love's operating, conducting, engaging in, and carrying on a business

or business venture in Florida.

13.    This Court has jurisdiction over this matter under sections 26.012, 34.01, and

86.011, Florida Statutes, because this is an action for declaratory relief, specific performance,

and damages exceeding $50,000, exclusive of interest, costs, and attorneys' fees.

14.    Venue is proper in this Court under section 47.051, Florida Statutes, because

the Foundation's causes of action accrued in Duval County, Florida.

15.    All conditions precedent to bringing this action have been met or waived.

## GENERAL ALLEGATIONS

A.    **One Love's Founding and Exponential Growth**

16.    One Love (f/k/a Yeardley Reynolds Love Foundation, Inc.) was established in

2011. Its mission was to provide academic scholarships, promote the healthy development of

young people through sports, and help construct and maintain athletic facilities for children.

17.    One Love's mission quickly changed to focus on developing programs to end

relationship violence. This mission change drew the attention of Michael Ward, and his

4

Foundation began supporting One Love in 2012 and has contributed $8.75 million to One Love in the years since.

18.    The Foundation's initial contributions funded an educational film, *Escalation*. The film was a novel approach to educating young people about the warning signs of relationship abuse. *Escalation* was widely effective and became One Love's breakthrough project.

19.    On the heels of *Escalation*'s success, One Love hired Katie Hood as its CEO. Before joining One Love, Ms. Hood had established herself as one of the leading executives in the nonprofit sector, having served as CEO of the Michael J. Fox Foundation for Parkinson's Research. At One Love, Ms. Hood was tasked with building on *Escalation*'s momentum and increasing the organization's capacity to educate young people about the warning signs and dangers of relationship abuse.

20.    With Ms. Hood in charge and a Board of experienced executives and philanthropists, One Love's reach and effectiveness increased exponentially.

21.    Because of COVID-19, One Love's fundraising suffered in 2020. The Foundation filled the gap, however, by providing additional gifts to ensure that One Love would not have to lay off staff or otherwise slow its momentum.

22.    By 2022, One Love's in-person programs reached over 2 million people; more than 500 high school and college students signed up as One Love Youth Ambassadors; and One Love hosted an online digital center where more than 9,500 people completed nearly

30,000 courses. One Love had 48 full-time staff, annual revenue of $10.8 million, and assets of $11.4 million.

**B.      Ms. Love's Criticisms of One Love**

23.      Back in 2020, as One Love emerged from COVID-19 and continued to grow, Ms. Love began to openly and harshly criticize One Love, particularly its outreach to the LGBTQ and minority communities.

24.      After the George Floyd murder, Ms. Love criticized One Love for "jump[ing] on the band wagon of BLM" [Black Lives Matter] and expressed her dismay at the "outpouring of sympathy and support" for the Black community.

25.      Believing that One Love's Board and leadership were doing too much to help LGBTQ and minority communities and not enough to address her concerns, she all but abandoned One Love. She explained that she was "plagued by stress and the only way [she knew] how to stop the stress [was] by walking away from [the] unhealthy relationship" she had with One Love. For years, Ms. Love did not participate in the day-to-day management of One Love or even attend a Board meeting.

26.      In May 2022, One Love approached the Foundation about providing additional funding to One Love. Those conversations resulted in the Foundation signing the document attached as Exhibit B, which outlines the gifts that the Foundation contemplated. About a week after signing that document, however, Ms. Love reemerged and began openly complaining about One Love's direction. Among other things, she said that One Love was a

"runaway foundation" that was "not aligned with [its] mission statement." She accused One Love of "falsely presenting" its messaging and even "endangering young lives."

27.    Ms. Love also regularly criticized Ms. Hood and her leadership. Ms. Love's hostility was such that the Board asked her and Ms. Hood to work with a third-party mediator to help ease the tension. The mediation, however, was unproductive.

## C.    One Love and the Foundation enter the Agreement

28.    Given Ms. Love's threats and behavior—and the fact that she possessed the power to control the composition of the Board—Mr. Ward grew concerned about One Love's future and whether the gifts he contemplated sending One Love would be wasted.

29.    Ms. Hood contacted Mr. Ward about the potential contributions, and he shared his reservations about Ms. Love's behavior, the tensions between Ms. Love and Ms. Hood, and the tensions between Ms. Love and the Board. Given the circumstances, Mr. Ward concluded, the Foundation would not contribute to One Love at this time.

30.    During the fall, Ms. Hood continued a dialogue with Mr. Ward, and Mr. Ward continued refusing to contribute because Ms. Hood could not give assurances that the issues had been resolved.

31.    After multiple calls, the Foundation and One Love came to an agreement. The Foundation agreed that it would send additional contributions to One Love. In return, One Love assured the Foundation that its contributions would be directed towards the strategic plan adopted by the Board, and, among other things, if Ms. Hood or other key personnel left, and in Mr. Ward's opinion, the departures adversely impacted One Love's ability to

7

accomplish the purpose of the Foundation's grant, One Love would redirect the money to another 501(c)(3) organization of Mr. Ward's choosing. The Agreement, which is attached as Exhibit A, was later committed to writing and signed by the parties.

32.    The pertinent portion of the Agreement provides:

- First, you have specified that your commitment is to be directed towards supporting the execution of One Love's strategic plan as approved by the Board in July 2022.

- Second, this addendum specifies that One Love must communicate any changes made to its strategic plan or changes that otherwise impact its ability to achieve the goals of that plan as soon as those decisions are made. Such decisions could include changes in One Love's key personnel and any other material changes in staffing, operations, funding, structure or tax-exempt status.

- Following notification, you can request a meeting to discuss the changes made, and if you determine that decisions or changes made adversely affect One Love's ability to carry out or accomplish the purpose of your grant, you can request that One Love resolve your concerns within 90 days. If One Love does not resolve your concerns, you can redirect your commitment to a 501(c)(3) of your choosing whose work is in service of your original intent.

(Agreement at 1-2.)

33.    After entering the Agreement, One Love accepted two contributions totaling $1 million.

**D.    One Love Suffers an Exodus of Board Members and Employees**

34.    After One Love accepted the Foundation's contributions, the campaign to destabilize One Love and promote a personal agenda continued and its impact has been devastating.

35.    For months, Ms. Love and her representatives, on the one hand, and the independent volunteer Board members, Ms. Hood, and One Love leadership, on the other, were at loggerheads over One Love's governance structure and future. Neither the volunteer Board members nor One Love leadership made headway in the fight to preserve One Love as a professional, effective nonprofit organization. Instead, it has devolved into a fiefdom.

36.    One Love had seventeen Board members when the Foundation made its last contributions. Fifteen Board members, including Mr. Ward, were unpaid, independent volunteers. Fourteen of the fifteen independent Board members resigned, and the other served out her term and chose not to continue. Of the seventeen Board members, only Ms. Love and her daughter, Lexie Hodges, remain.

37.    Citing Ms. Love's criticisms and the organization's governance structure, One Love's CEO, Katie Hood, resigned.  Ms. Love replaced Ms. Hood with a friend—someone with no discernible nonprofit or business experience.

38.    Ms. Love has also chosen to relocate One Love's offices from New York to Baltimore for no reason other than that she resides in Baltimore.

39.     Mr. Ward determined that the actions and events described above, including Ms. Hood's and the volunteer Board members' resignations, materially interfered with One Love's ability to carry out its strategic plan and the purpose of the Foundation's grants.

40.     On June 5, 2023, Mr. Ward notified One Love of his concerns. Among other things, he asked for One Love to "realign itself to the 2022 strategic plan[] [and] reach an agreement with Ms. Hood for her reinstatement." The notice is attached as Exhibit C.

41.     Under the Agreement, Mr. Ward gave One Love ninety days to resolve his concerns. The parties later met and attempted to resolve the matter, but One Love failed to act and refused to redirect the Foundation's contributions.

## COUNT I – DECLARATORY RELIEF

42.     The Foundation re-alleges and fully incorporates the allegations contained in paragraphs 1 through 41 of its Complaint.

43.     There is a bona fide, actual, present, and practical need for a declaration of the Foundation's rights under the Agreement.

44.     The declaration sought by the Foundation concerns a present, ascertained, or ascertainable state of facts, or a present controversy as to a state of facts.

45.     The Foundation's rights under the Agreement depend on the facts recited herein or the law applicable to those facts.

46.     The Foundation and One Love have an actual, present, adverse, and antagonistic interest in the Agreement.

47.     All persons with an adverse and antagonistic interest are before this Court.

10

48.     The declaration the Foundation seeks does not amount to mere legal advice.

49.     The Foundation seeks a declaration of its rights and One Love's obligations with respect to the Agreement and, specifically, a declaration that the Agreement is valid and binding against One Love, and One Love is obligated to redirect the $1 million the Foundation contributed to One Love in December 2022 to another nonprofit of the Foundation's choosing.

50.     The Foundation seeks supplemental relief under section 86.061, Florida Statutes, to make the judgment effective by ordering One Love to transfer $1 million to the nonprofit of the Foundation's choice.

WHEREFORE, Plaintiff Michael Ward and Jennifer Glock Foundation requests that this Court enter judgment declaring that the Agreement is binding and that the Foundation is entitled to have One Love redirect the contributions made in December 2022 totaling $1 million to a nonprofit of the Foundation's choice and, as supplemental relief, order One Love to redirect $1 million to the selected nonprofit, together with an award of costs and all such further and additional relief as this Court may deem just and proper.

## COUNT II – SPECIFIC PERFORMANCE

51.     The Foundation re-alleges and fully incorporates the allegations contained in paragraphs 1 through 41 of its Complaint.

52.     This is an action for specific performance of a contract.

53.     The Agreement is a contract between the Foundation and One Love.

11

54.     The Foundation fulfilled its obligations to One Love under the Agreement, to wit: the Foundation contributed $1 million to One Love in December 2022, provided notice to One Love on June 5, 2023, of actions that impacted One Love's ability to carry out the purpose of the grants, and gave One Love a fair opportunity to resolve its concerns.

55.     One Love has breached the Agreement by, among other things, failing to address and resolve the Foundation's concerns and failing to redirect the Foundation's contributions to another 501(c)(3) organization.

56.     The Foundation has no adequate remedy at law. In the absence of the relief requested, the Foundation will suffer irreparable harm.

57.     In the interests of fairness and justice, the Court should require One Love to perform its obligation under the Agreement and redirect $1 million to a 501(c)(3) organization of the Foundation's choosing whose work is in service of the Foundation's original intent.

WHEREFORE, Plaintiff Michael Ward and Jennifer Glock Foundation prays for judgment in its favor, the specific performance outlined in paragraph 57 above, together with an award of costs, and all such further and additional relief as this Court may deem just and proper.

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:    s/Michael E. Lockamy
      Michael E. Lockamy
      Florida Bar No. 69626
      Primary Email: mel@bedellfirm.com
      Secondary Email: kjl@bedellfirm.com
      Sarah R. Niss
      Florida Bar No. 1039817
      Primary Email: srn@bedellfirm.com
      Secondary Email: kjl@bedellfirm.com
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone: (904) 353-0211
      Facsimile: (904) 353-9307

Counsel for Plaintiff Michael Ward and Jennifer Glock Foundation

13



December 12, 2022

Michael Ward
Michael Ward & Jennifer Glock Foundation
1930 River Road
Jacksonville, FL 32207

Dear Michael and Jennifer,

Thank you for your generous support of One Love over the years.  We would literally be nowhere without your backing, and we are grateful for your true belief in the importance of One Love's mission and this work.

Your commitment in 2022 of $2M to support the expansion of One Love's work was an incredibly generous one and just the latest evidence of your commitment to this work.  That commitment was to be fulfilled on the following schedule:

-   On or before June 30, 2022:  $500,000
-   On or before December 31, 2022:  $500,000
-   On or before June 30, 2023:  $500,000
-   On or before December 31, 2023:  $500,000

This letter serves as an addendum to the terms of your 2021 commitment as requested by you.

-   First, you have specified that your commitment is to be directed towards supporting the execution of One Love's strategic plan as approved by the Board in July 2022.

-   Second, this addendum specifies that One Love must communicate any changes made to its strategic plan or changes that otherwise impact its ability to achieve the goals of that plan as soon as those decisions are made.  Such decisions could include changes in One Love's key personnel and any other material changes in staffing, operations, funding, structure or tax-exempt status.

-   Following notification, you can request a meeting to discuss the changes made, and if you determine that decisions or changes made adversely affect One Love's ability to carry out or accomplish the purpose of your grant, you can request that One Love resolve your concerns

Exhibit A

within 90 days. If One Love does not resolve your concerns, you can redirect your commitment to a 501(c)(3) of your choosing whose work is in service of your original intent.

Finally, it should be noted that as we worked to create this addendum, you requested a change to the payment schedule initially proposed. That new schedule is now:

- On or before December 31, 2022: $1,000,000
- On or before June 30, 2023: $500,000
- On or before December 31, 2023: $500,000

Your signature below indicates your agreement with the terms of this addendum.

Sincerely,

Katie Hood

Katie Hood
CEO

Michael Ward

Michael Ward

May 20, 2022

Michael Ward & Jennifer Glock
1930 River Road
Jacksonville, FL 32207

Dear Michael and Jennifer,

Thank you for your intent to give $2,000,000 to support the expansion of One Love's work. We are so grateful for your continued investment and will steward every dollar to best use in the service of this movement we are building together. Your support of One Love ensures that we can continue to provide our content and curricula at no cost to all who want to use it and enables us to expand our program's relevance to the communities we serve. Thank you.

While you have formally declared your gift to be unrestricted, we anticipate investing your gift in expansion of our team to support the impact opportunity ahead. As you know, the costs associated with supporting our team are the most significant portion of our budget, and an absolutely critical area of investment. We appreciate very much that you recognize the importance of this team and are supportive of your generous being used in this fashion.

We are so grateful to you for believing in us early and investing in the work we've done over the past few years. We want to formally confirm in this letter the terms of your gift, namely that it will be paid within two years. We propose the following schedule for your installments:

    On or before June 30, 2022:  $500,000
    On or before December 31, 2022:  $500,000
    On or before June 30, 2023:  $500,000
    On or before December 31, 2023:  $500,000

If you agree with this schedule and the overall terms of this pledge, please sign below, and return a copy of that signed letter to us either electronically or by mail.

You can send checks to my attention at The One Love Foundation, P.O. Box 368, Bronxville, NY 10708. If you prefer wire transfer or another method, please contact Carlos Rivera at ███████3157 or carlos.rivera@████████████ for assistance. Our tax identification number is #27-2904497.

We are so grateful for your investment in this movement from the very start and hope you feel continued pride in the impact you have had. From the bottom of our hearts, thank you.

Warmly,

*Katie Hood*

Katie Hood
Chief Executive Officer

*Michael Ward*
Donor Name

*June 7, 2022*
Date

Exhibit B

.

**From:** Michael Ward <mjward27@ ▆▆▆▆▆▆▆▆▆
**Sent:** Monday, June 5, 2023 2:08 PM
**To:** Sharon Love <sdlove13@ ▆▆▆▆▆▆▆ Lexie Love <lexielove11984@ ▆▆▆▆▆▆ Christine Chao <cjchao@ ▆▆▆▆▆
**Cc:** Katie Hood <katie.hood@ ▆▆▆▆▆▆▆▆▆ Jennifer Lescott <jennifer.lescott@ ▆▆▆▆▆▆▆ Michael E. Lockamy <MEL@ ▆▆▆▆▆
**Subject:** Request for Redistribution of Funds

Sharon Love

Lexie Hodges

Christine Chao

Dear Sharon, Lexi, and Christine:

Over the last several months, One Love's Member Class has upended the organization making it impossible to achieve the strategic plan the Board adopted in 2022. Due to concern about the risk of this disruption and the harm it would cause the organization, the Michael Ward and Jennifer Glock Foundation (the "Foundation") and One Love entered into an agreement on December 12, 2022 (the "Agreement" attached hereto), which governs the Foundation's donations. Under this Agreement, One Love has at least two binding obligations:

1.      To direct the Foundation's donations "towards supporting the execution of One Love's strategic plan as approved by the Board in July 2022[;]" and,

2.      To "communicate any changes made to its strategic plan or changes that otherwise impact its ability to achieve the goals of that plan as soon as those decisions are made." Changes One Love must communicate include "changes in One Love's key personnel."

The Agreement also gives the Foundation enforceable rights. The Foundation may "request a meeting to discuss the changes made," and if the Foundation "determine[s] that decisions or changes made adversely affect One Love's ability to carry out or accomplish the purpose of [the Foundation's] grant, [the Foundation] can request that One Love resolve [its] concerns within 90 days." If One Love fails to resolve those concerns, the Foundation "can redirect [its] commitment to a 501(c)(3) of [its] choosing."

Exhibit C

The Member Class's recent actions have foreclosed One Love's ability to execute its strategic plan and achieve the goals of that plan. The Member Class's actions have also caused the resignation of key personnel, including One Love's CEO, Katie Hood. Accordingly, One Love's obligations under the Agreement have been triggered, and One Love must resolve the Foundation's concerns within 90 days or redirect the Foundation's $1 million donation.

Extensive discussions have been held with the Member Class over the last several months. The Member Class has recommended changes to One Love's organizational structure that would involve replacing the current independent volunteer Board Chair with a new paid Board Chair and having all high-ranking staff report to him rather than the CEO. They have further recommended replacing the independent members of the Board's Executive Committee with themselves to diminish the role of the volunteer board members. They also suggested the disruptive idea of moving One Love's headquarters. The volunteer Board Members, acting as fiduciaries, consistently rejected the Member Class's proposals as inconsistent with One Love's strategic plan.

When the Member Class nevertheless insisted on these changes and to retain their extraordinary right to elect and remove all other Board members, thirteen of the fourteen independent Board members resigned *en masse*. These volunteer Board members were significant One Love fundraisers. The Member Class's actions caused these resignations knowing that it would lead to a $4 million shortfall in 2023, knowing that it would diminish the ability of One Love to continue as a going concern in future years, and knowing that it would make it impossible for One Love to execute its strategic plan.

These changes undermine the purpose of the Foundation's grant. This letter serves as notice under the Agreement that to resolve the Foundation's concerns, Once Love must, within 90 days, realign itself to the 2022 strategic plan, reach an agreement with Ms. Hood for her reinstatement, and take all other measures necessary to accomplish the strategic plan. We ask that One Love respond to this letter within five business days and inform the Foundation of either its plan to resolve the Foundation's concerns or its agreement to redirect the Foundation's December 2022 $1 million contribution to a 501(c)(3) of the Foundation's choosing. In the meantime, and consistent with its fiduciary duties, the Board should direct that the $1 million contribution be held in escrow until this dispute is resolved. If One Love fails to abide by its obligations under the Agreement, the Foundation will have no choice but to initiate legal action.

Sincerely yours,

Michael Ward

Cc:

Katie Hood

Jennifer Lescott

Michael E. Lockamy



December 12, 2022

Michael Ward
Michael Ward & Jennifer Glock Foundation
1930 River Road
Jacksonville, FL 32207

Dear Michael and Jennifer,

Thank you for your generous support of One Love over the years. We would literally be nowhere without your backing, and we are grateful for your true belief in the importance of One Love's mission and this work.

Your commitment in 2022 of $2M to support the expansion of One Love's work was an incredibly generous one and just the latest evidence of your commitment to this work. That commitment was to be fulfilled on the following schedule:

- On or before June 30, 2022:  $500,000
- On or before December 31, 2022:  $500,000
- On or before June 30, 2023:  $500,000
- On or before December 31, 2023:  $500,000

This letter serves as an addendum to the terms of your 2021 commitment as requested by you.

- First, you have specified that your commitment is to be directed towards supporting the execution of One Love's strategic plan as approved by the Board in July 2022.

- Second, this addendum specifies that One Love must communicate any changes made to its strategic plan or changes that otherwise impact its ability to achieve the goals of that plan as soon as those decisions are made. Such decisions could include changes in One Love's key personnel and any other material changes in staffing, operations, funding, structure or tax-exempt status.

- Following notification, you can request a meeting to discuss the changes made, and if you determine that decisions or changes made adversely affect One Love's ability to carry out or accomplish the purpose of your grant, you can request that One Love resolve your concerns

within 90 days. If One Love does not resolve your concerns, you can redirect your commitment to a 501(c)(3) of your choosing whose work is in service of your original intent.

Finally, it should be noted that as we worked to create this addendum, you requested a change to the payment schedule initially proposed. That new schedule is now:

- On or before December 31, 2022:  $1,000,000
- On or before June 30, 2023:  $500,000
- On or before December 31, 2023:  $500,000

Your signature below indicates your agreement with the terms of this addendum.

Sincerely,

Katie Hood
Katie Hood
CEO

Michael Ward
Michael Ward



# FLORIDA DEPARTMENT OF STATE

Division of Corporations

September 26, 2023

Michael Lockamy

Pursuant to Chapter 48.181 Florida Statutes, substitute service of process was accepted for The One Love Foundation in Honor of Yeardley Love, Inc. in case number 16-2023-CA-010511-XXXX-MA and was filed on September 25, 2023 at 3:19 PM.

    Plaintiff(s)
    Michael Ward and Jennifer Glock Foundation
    v.
    Defendant(s)
    The One Love Foundation in Honor of Yeardley Love, Inc.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 230925034SOP.01

**FedEx**

September 28, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 773562723989

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | A.PALACIOS | Delivery Location: | 2 WISCONSIN CIR STE 700 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | CHEVY CHASE, MD, 20815 |
| | | Delivery date: | Sep 28, 2023 12:32 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 773562723989 | Ship Date: | Sep 27, 2023 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
c/o Corporate Creations Network, The One Love Foundation
2 Wisconsin Circle
#700
CHEVY CHASE, MD, US, 20815

**Shipper:**
Bedell Firm, Bedell Law Firm
101 East Adams Street
JACKSONVILLE, FL, US, 32202

**Reference**          W368-14234



Thank you for choosing FedEx

Exhibit C

**Katie Lob**

| | |
|---|---|
| **From:** | Katie Lob |
| **Sent:** | Wednesday, September 27, 2023 3:46 PM |
| **To:** | zgilreath@bakerdonelson.com; kabel@bakerdonelson.com |
| **Cc:** | Michael E. Lockamy; Sarah R. Niss |
| **Subject:** | SERVICE OF COURT DOCUMENT – Case No. 16-2023-CA-010511-XXXX-MA |
| **Attachments:** | 20230927 Notice of Service of Process.pdf |

Good afternoon,

   Attached is your email service copy of the document listed below:

| | |
|---|---|
| Court: | Circuit Court, Fourth Judicial Circuit, Duval County, Florida |
| Case No. | 16-2023-CA-010511-XXXX-MA |
| Initial Party [Plaintiff]: | Michael Ward and Jennifer Glock Foundation |
| Initial Party [Defendant]: | The One Love Foundation in Honor of Yeardley Love, Inc. |
| Documents Being Served: | Notice of Service of Process |
| Sender's Name: | Katie Lob for Michael E. Lockamy |
| Sender's Phone Number: | (904) 353-0211 |

   Thank you!

Best regards,
Katie

 **BEDELL** FIRM

Katie Lob
Legal Assistant to Michael E. Lockamy and Sarah R. Niss
Bedell, Dittmar, DeVault, Pillans & Coxe, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307
Email: kjl@bedellfirm.com