**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MICHAEL WARD AND
JENNIFER GLOCK FOUNDATION,
a New York corporation,

CASE NO. 3:23-cv-01220

    Plaintiff,

vs.

THE ONE LOVE FOUNDATION
IN HONOR OF YEARDLEY LOVE,
INC.
a Maryland corporation,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant THE ONE LOVE FOUNDATION IN HONOR OF YEARDLEY LOVE, INC., makes the following disclosures:

    1.    If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: **not applicable.**

    2.    If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of

that entity.]: **The One Love Foundation in Honor of Yeardley Love, Inc. is a Maryland non-stock corporation.**

3.  Identify each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

- The One Love Foundation in Honor of Yeardley Love, Inc., Defendant
- Baker, Donelson, Bearman, Caldwell & Berkowitz, PC (counsel for Defendant)
- Jason Bloom, Esq., Fla. Bar No. 89772
- Michael Ward and Jennifer Glock Foundation, Plaintiff
- Michael Ward
- Jennifer Glock
- Bedell, Dittmar, DeVault, Pillans & Coxe P.A. (counsel for Plaintiff)
- Michael Lockamy, Esq., Fla. Bar No. 69626

4.  Identify each entity with publicly traded shares or debt potentially affected by the outcome: **not applicable**.

5.  Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: **none to Defendant's knowledge**.

6.  Each person arguably eligible for restitution: **none to Defendant's knowledge**.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted on November _2_, 2023.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
1 Financial Plaza, Suite 1620
Fort Lauderdale, Florida 33394
Telephone: (954) 768-1600
*Counsel for The One Love Foundation in Honor of Yeardley Love, Inc.*

By:   */s/ Jason Bloom*
        Jason Bloom
        Florida Bar No. 89772
        jbloom@bakerdonelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __2__ day of November, 2023, the foregoing document is being filed with the Clerk of Court using the E-filing Portal and served on all counsel of record via transmission of Notices of Electronic Filing generated by the E-filing Portal or in some other authorized manner for those counsel or parties who are not authorized to receive electronically via the E-filing Portal.

*/s/ Jason B. Bloom*
Jason B. Bloom