UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.   3:23-cv-1220-TJC-MCR

MICHAEL WARD AND JENNIFER GLOCK
FOUNDATION, a New York nonprofit,

    Plaintiff(s),
vs.

THE ONE LOVE FOUNDATION IN HONOR
OF YEARDLEY LOVE, INC., a Maryland corporation,

    Defendant(s).
_____/

MEDIATION DISPOSITION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on August 20, 2024, and the results of that conference are indicated below:

(a)  The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

   __X__  All individual parties and their respective trial counsel.

   __X__  Designated corporate representatives.

   __X__  Required claims professionals.

(b)  The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

__N/A_____

(c)  The outcome of the mediation conference was:

   _X__  <u>The case has been completely settled</u>.

   ____  <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

      _____
      _____
      _____

_____

_____.

___ <u>The conference was continued</u> with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding Judge.  Mediation Reports will be filed after additional conferences are complete.

___ <u>The parties have reached an impasse</u>.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to:   **Michael Lockamy, Esquire,**  mel@bedellfirm.com; **Christopher Dahl, Esquire**, cdahl@bakerdonelson.com; **John G. Woodlee, Esquire**,  jgw@bedellfirm.com; **Jason Bloom, Esquire,** jbloom@bakerdonelson.com;.

Respectfully submitted,

*George E. Schulz*

George E. Schulz Jr., Mediator
Mediator # 40050 R
Upchurch Watson White & Max
301 West Bay Street, Suite 1414
Jacksonville, FL  32202
386-253-1560 phone / 386-255-7722 fax
bschulz@uww-adr.com