UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL WARD AND
JENNIFER GLOCK FOUNDATION,
a New York nonprofit,

      Plaintiff,

v.                                                      Case No. 3:23-cv-1220-TJC-MCR

THE ONE LOVE FOUNDATION IN
HONOR OF YEARDLEY LOVE, INC.,
a Maryland corporation,

      Defendant.

_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Ward and Jennifer Glock Foundation hereby dismiss this action without prejudice. This notice of voluntary dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:___s/Michael E. Lockamy_____
      Michael E. Lockamy
      Florida Bar No. 69626
      Email: mel@bedellfirm.com
      John G. Woodlee
      Florida Bar No. 0100990
      Email: jgw@bedellfirm.com
      Sarah Niss Reber
      Florida Bar No. 1039817
      Email: srn@bedellfirm.com
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone: (904) 353-0211
      Facsimile: (904) 353-9307

Counsel for Plaintiff Michael Ward and Jennifer Glock Foundation