UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL WARD AND JENNIFER
GLOCK FOUNDATION, a New York
nonprofit,

    Plaintiff,

v.

    Case No. 3:23-cv-1220-TJC-MCR

THE ONE LOVE FOUNDATION IN
HONOR OF YEARDLEY LOVE, INC.,
a Maryland corporation,

    Defendant.

## O R D E R

Upon review of Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. 58), filed on October 11, 2024, this case is dismissed without prejudice. The file remains closed.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of October, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

ddw
Copies:

Counsel of record